**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:16-CV-3519-L** |
| | § | |
| **PEGGIE GUESS,** | § | |
| | § | |
| Defendant. | § | |

# DEFAULT JUDGMENT

The court issues this default judgment pursuant to its Memorandum Opinion and Order, filed earlier today.  Accordingly, it is hereby **ordered, adjudged** and **decreed** that Plaintiff United States of America is entitled to and shall recover judgment against Peggie Guess ("Defendant") as follows: the sum of $8,706.42 on the Promissory Note; unpaid interest of $87.42, for a total amount of **$8,793.84**; that all reasonable and allowable costs of court are taxed against Defendant; that all relief not granted herein is denied; and that postjudgment interest shall accrue on the total amount of the judgment at the applicable federal rate of **1.03** percent from the date of its entry until paid in full by Defendant.

Signed this 22nd day of March, 2017.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

**Default Judgment – Solo Page**